PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Feb 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORY B. WILLIS and<br>POWER PERFORMANCE ENTERPRISES, INC,<br><br>Defendants. | CASE NO. 2:22-cr-0043 JAM<br><br>[PROPOSED] ORDER SEALING CASE INCLUDING THE INFORMATION AND ANCILLARY DOCUMENTS<br><br>**UNDER SEAL** |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the case shall be SEALED including the Information and all ancillary documents until further order of this Court.

Dated: February 28, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER SEALING CASE         1