

United States District Court
Eastern District of California

**SEALED**

United States

Plaintiff(s)

v.

Kory Willis and PPEI

Defendant(s)

Case Number: 2:22-cr-43-JAM

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stacey H. Mitchell _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Kory Willis and Power Performance Enterprises, Inc.

On  01/31/1996  (date), I was admitted to practice and presently in good standing in the  New York State  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/09/2022         Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Stacey H. Mitchell |
| Law Firm Name: | Akin Gump Strauss Hauer and Feld LLP |
| Address: | 2001 K St. NW |
| City: | Washington |
| State: | D.C. |
| Zip: | 20006 |
| Phone Number w/Area Code: | (202) 887-4338 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | shmitchell@akingump.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas A. Johnson |
| Law Firm Name: | Law Office of Thomas A. Johnson |
| Address: | 400 Capitol Mall, Suite 2560 |
| City: | Sacramento |
| State: | CA |
| Zip: | 95814 |
| Phone Number w/Area Code: | (916) 442-4022 |
| Bar #: | 119203 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 10, 2022

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022



### Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Stacey Hamilton Mitchell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 31, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 9, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00056994