|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 11, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KORY B. WILLIS,<br><br>　　　　　Defendant. | Case No.  2:22-cr-00043-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  KORY B. WILLIS,

Case No.  2:22-cr-00043-JAM  Charge 18 U.S.C. § 371, from custody for the following reasons:

　　　　　_____　　Release on Personal Recognizance

　　　　　  X  　　Bail Posted in the Sum of $　100,000.00

　　　　　　　　　  X  　　Unsecured Appearance Bond $　100,000.00.

　　　　　　　　　_____　　Appearance Bond with 10% Deposit

　　　　　　　　　_____　　Appearance Bond with Surety

　　　　　　　　　_____　　Corporate Surety Bail Bond

　　　　　　　　　_____　　(Other):

Issued at Sacramento, California on March 11, 2022 at 3:15 p.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE