PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


TODD KIM
Assistant Attorney General
KRISHNA S. DIGHE
Senior Counsel
STEPHEN J. FOSTER
Trial Attorney
Environmental Crimes Section, U.S. Dept. of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0321


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KORY B. WILLIS AND POWER PERFORMANCE ENTERPRISES, INC., <br><br> Defendants. | Case No.: 2:22-CR-00043-JAM <br><br> **MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** <br><br> [No Hearing Requested] |

The United States hereby moves for an order authorizing deposits into the court's deposit fund pending the outcome of this criminal prosecution. This motion is based on the following grounds:

1. The defendants signed plea agreements on January 13, 2022 (the "Plea Agreements") which have been filed as Dkt Nos 23 and 24. Through the Plea Agreements, the defendants agree to plead guilty to both counts of the Information (Dkt. No. 1), which charges in Count One conspiracy to

violate the Clean Air Act in violation of 18 U.S.C. § 371 and in Count Two tampering with a monitoring device or method required by the Clean Air Act in violation of 42 U.S.C. § 7413(c)(2)(C).

2. On March 15, 2022, the Court accepted the defendants' guilty pleas pursuant to the Plea Agreements. The Court is scheduled to sentence the defendants on August 23, 2022.

3. In the Plea Agreements, the defendants have agreed to make payment(s) towards their criminal monetary penalties prior to sentencing.

4. The United States requests an order that provides that, on or before the date of the defendants' sentencing, the defendants, or any individual or entity on their behalf, be permitted to make payments in partial or full satisfaction of the defendants' criminal monetary penalties ("Deposit") to the Clerk of the Court as specified in the accompanying [proposed] order. The Deposit shall remain in the Court's deposit fund pending the defendants' sentencing in this case, or upon further order of the Court. The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated: March 17, 2022      By:     */s/ Katherine T. Lydon*
                                   KATHERINE T. LYDON
                                   Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendants' sentencing, the defendants, or any other individual or entity on their behalf, may make payments in partial or full satisfaction of the defendants' criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> United States District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (No. 2:22-CR-00043-JAM) and provide the name of the defendant the payment is paid on behalf of.

4. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendants' criminal case.

6. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

DATED: March 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE