PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722
Facsimile: (916) 554-2900

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
KRISHNA S. DIGHE
Senior Counsel
STEPHEN J. FOSTER
Trial Attorney
Environmental Crimes Section, U.S. Dept. of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0321

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORY B. WILLIS and<br>POWER PERFORMANCE ENTERPRISES, INC.,<br><br>Defendants. | CASE NO. 2:22-cr-00043-JAM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINISTER MFG. COMPANY, INC.,<br><br>fka SINISTER MFG. COMPANY, LLC, and dba SINISTER DIESEL and MKM CUSTOMS,<br><br>Defendant. | CASE NO. 2:23-cr-00168-TLN<br><br>**ORDER RELATING CASES**<br><br>[EDCA L.R. 123] |

ORDER RELATING CASES                             1

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States on July 17, 2023, the Court finds that the criminal case captioned *United States v. Sinister Mfg. Company, Inc.*, No. 2:23-cr-00168-TLN (E.D. Cal.), is related to the criminal case captioned *United States v. Kory B. Willis and Power Performance Enterprises, Inc.*, Case No. 2:22-cr-00043-JAM (E.D. Cal.), within the meaning of Local Rule 123(a).  Based on this finding, **IT IS HEREBY ORDERED** that:

    1.    The Clerk of the Court shall reassign *United States v. Sinister Mfg. Company, Inc.*, No. 2:23-cr-00168-TLN (E.D. Cal.) to the Honorable John A. Mendez, Senior United States District Judge; and

    2.    The Clerk of the Court shall make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: July 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE